IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK HANSEN, | Case No. 1:25-cv-07380 |
| Plaintiff, | |
| v. | Judge: Joan B. Gottschall |
| AXOS FINANCIAL, INC., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC, | Magistrate: Beth W. Jantz |
| Defendants. | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JOINDER WITH DEFENDANT TRANS UNION, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its attorneys, hereby moves this Honorable Court to join in Defendant Trans Union, LLC's ("Trans Union") Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"), filed September 25, 2025. (ECF Nos. 43-44)

On July 1, 2025, Plaintiff brought this action (ECF No. 1). On September 12, 2025, Plaintiff filed an Amended Complaint. (ECF No. 39). Plaintiff's Amended Complaint is currently the operative pleading. Equifax's deadline to respond to the Amended Complaint is September 26, 2025. On September 25, 2025, Trans Union LLC filed a Motion to Dismiss and Memorandum. (ECF Nos. 43-44).

Trans Union's arguments in its Motion and accompanying Memorandum in Support apply equally to Equifax as Plaintiff's claims against Trans Union are the same as the allegations raised against Equifax. Plaintiff's claims against Equifax fail for the same reasons set forth in Trans Union's Motion, Plaintiff fails to allege a factual inaccuracy that is "objectively and readily

320580832v.1

verifiable." *See Sessa v. Trans Union, LLC*, 74 F.4th 38 (2nd Cir. 2023). Equifax fully adopts and incorporates by reference Trans Union's arguments in their Motion and supporting Brief. (ECF No. 44).

      WHEREFORE, for the reasons explained herein, as well as the reasons discussed in Trans Union's Motion, Equifax respectfully requests that this Court grant the Joinder as a Motion to Dismiss and dismiss Plaintiff's Amended Complaint with prejudice as to Equifax, and grant all other just and proper relief.

DATED: September 26, 2025          Respectfully submitted,

                                        SEYFARTH SHAW LLP

                                        By: */s/ Pamela Q. Devata*
                                            Pamela Q. Devata, Bar No. 6275731
                                            pdevata@seyfarth.com
                                            SEYFARTH SHAW LLP
                                            233 South Wacker Drive, Suite 8000
                                            Chicago, Illinois 60606-6448
                                            Telephone: (312) 460-5000
                                            Facsimile: (312) 460-7000
                                            Firm I.D. No. 90747

                                        *Counsel for Defendant*
                                        *Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR JOINDER WITH DEFENDANT TRANS UNION, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>  */s/ Pamela Q. Devata*
> Pamela Q. Devata
> *Counsel for Defendant*
> *Equifax Information Services LLC*

320580832v.1